FORM C

# 亞洲域名爭議解決中心
## ASIAN DOMAIN NAME DISPUTE RESOLUTION CENTRE
## (SEOUL OFFICE)

## COMPLAINT TRANSMITTAL COVERSHEET

Attached is a Complaint that has been filed against you with the Seoul Office of Asian Domain Name Dispute Resolution Centre (ADNDRC) pursuant to the Uniform Policy for Domain Name Dispute Resolution, approved by the Internet Corporation for Assigned Names and Numbers (ICANN) on 24 October 1999 (the Policy), the Rules for Uniform Domain Name Dispute Resolution Policy, approved by ICANN Board of Directors on 28 September 2013 (the Rules) and the ADNDRC Supplemental Rules for Uniform Domain Name Dispute Resolution Policy effective from 31 July 2015 (the Supplemental Rules).

The Policy is incorporated by reference into your Registration Agreement with the Registrar(s) of your domain name(s), in accordance with which you are required to submit to and participate in a mandatory administrative proceeding in the event that a third party (a Complainant) submits a Complaint to a dispute resolution service provider, such as the ADNDRC, concerning a domain name that you have registered. You will find the name and contact details of the Complainant, as well as the domain name(s) that is/are the subject of the Complaint in the document that accompanies this Coversheet.

You shall submit a Response to the Complaint in accordance with the Rules and Supplemental Rules to the Seoul Office of ADNDRC and the Complainant. The due date for and other information regarding the submission of your Response are specified in the Written Notice of ADNDRC. Should you so desire, you may wish to seek the assistance of legal counsel to represent you in the administrative proceeding.

- The ICANN Policy can be found at http://www.icann.org/en/help/dndr/udrp/policy

- The ICANN Rules can be found at http://www.icann.org/en/help/dndr/udrp/rules

- The ADNDRC Supplemental Rules, as well as other information concerning the resolution of domain name disputes can be found at http://www.adndrc.org

Alternatively, you may contact the Seoul Office of ADNDRC to obtain any of the above documents. The contact details are as follows:

Tel : (82-61) 820 1412<br/>
Fax : (82-61) 820 2413<br/>
Email : kidrc@adndrc.org

You are kindly requested to contact the Seoul Office of ADNDRC to provide the contact details to which you would like (a) the official version of the Complaint and (b) other communications in the administrative proceeding to be sent.

By submitting this Complaint to the ADNDRC, the Complainant hereby agrees to abide and be bound by the provisions of the Policy, the Rules and the Supplemental Rules.

1

**EXHIBIT B**

FORM C

# Asian Domain Name Dispute Resolution Centre
# (Seoul Office)

## COMPLAINT IN ACCORDANCE WITH THE
## UNIFORM DOMAIN NAME DISPUTE RESOLUTION POLICY

This form shall be used to apply to Asian Domain Name Dispute Resolution Centre (ADNDRC) pursuant to the Uniform Policy for Domain Name Dispute Resolution, approved by the Internet Corporation for Assigned Names and Numbers (ICANN) on 24 October 1999 (the Policy), the Rules for Uniform Domain Name Dispute Resolution Policy, approved by ICANN Board of Directors on 28 September 2013 (the Rules) and the ADNDRC Supplemental Rules for Uniform Domain Name Dispute Resolution Policy effective from 31 July 2015 (the Supplemental Rules).

*(Note: In case any section of the form is not applicable, please put in N/A".)*

---

**CHOICE OF ADNDRC OFFICE TO ADMINISTER THE PROCEEDINGS**
The Complainant hereby chooses the Seoul Office of the ADNDRC to administer the domain name dispute proceedings referred to in this Complaint.

---

**1** **DISPUTED DOMAIN NAME(S):** *(Names to be listed in full)*
*(If there is insufficient space, please provide details on a separate A4 sheet in the same format.)*

| | | |
|---|---|---|
| 1. momstouch.com | 2. _____ | 3. _____ |
| 4. _____ | 5. _____ | 6. _____ |
| 7. _____ | 8. _____ | 9. _____ |

**2** **INDICATE THE REGISTRAR(S) WITH WHICH THE DOMAIN NAME(S) IS / ARE REGISTERED, INCLUDING THEIR FULL CONTACT DETAILS:**

Registry Domain ID: 370528931_DOMAIN_COM-VRSN

Registrar WHOIS Server: whois.name.com

Registrar URL: http://www.name.com

Updated Date: 2019-11-23T13:46:30Z

Creation Date: 2006-03-10T15:00:24Z

Registry Expiry Date: 2025-03-10T14:00:24Z

Registrar: Name.com, Inc.

Registrar IANA ID: 625

**EXHIBIT B**

2

Registrar Abuse Contact Email: abuse@name.com

Registrar Abuse Contact Phone: 7202492374

**3 DETAILS OF PARTIES:** *(If there is more than one Complainant, please use a separate A4 sheet to provide the contact details for each and briefly describe the basis on which they are being joined in a common Complaint. If there is more than one respondent, a separate Form C should be used.)*

| COMPLAINANT: | RESPONDENT: |
|---|---|
| Name  Haimarrow Food Service. Co., Ltd. | Name  Gregg Ostrick |
| Address  East Central Tower 24th, 25th Floor, | Address  P.O. Box 88, Steele, AL, US 35987 |
| 1077, Cheonho-daero, Gangdong-gu, Seoul, | Tel No  +1 2565387242 |
| Republic of Korea | Fax No _____ |
| Tel No  (+82) 2 6933 7175 | Email  dns@gnousa.com |
| Fax No (+82) 2 6933 7101 | Legal Status  Natural person |
| Email  global@momstouch.co.kr | Place of Incorporation _____ |
| Legal Status  middle standing | Principal Place of Business _____ |
| Place of Incorporation    Seoul, Gangdong-gu, | _____ |
| Seongnae-dong | _____ |
| Principal Place of Business  Seoul, Gangdong- | |
| gu, Seongnae-dong | **Authorized Representative** (if any): |

**Authorized Representative** (if any):

| COMPLAINANT | RESPONDENT |
|---|---|
| Name _____ | Name _____ |
| Address _____ | Address _____ |
| _____ | _____ |
| _____ | _____ |
| | Tel No _____ |
| Tel No _____ | Fax No _____ |
| Fax No _____ | Email _____ |
| Email _____ | |

**4 COMPLAINANT'S PREFERRED CONTACT PERSON:**

Name of the Contact Person:

Hee Ju Kim

Information of the Contact Person:

Telephone: (+82) 2 6933 7175
Email:      heeju.kim@haimarrow.co.kr

3

**EXHIBIT B**

FORM C

5  INDICATE REASONS WHY THE PERSON / ENTITY IDENTIFIED IN THE COMPLAINT HAS BEEN IDENTIFIED AS THE RESPONDENT: (Copy of database search(es) should be attached to this Complaint.)

When looked up on Whois.co.kr, the respondent has already registered the domain name momstouch.com, and the respondent is not using the domain name for any righteous business activities, but to gain profit unjustly by reselling the domain name at much a higher price of its value.

6  INDICATE WHETHER THERE ARE LEGAL PROCEEDINGS THAT HAVE BEEN COMMENCED OR TERMINATED IN CONNECTION WITH OR RELATING TO ANY OF THE DOMAIN NAME(S) THAT ARE THE SUBJECT OF THE COMPLAINT: (Please attach any supporting documentation.)

There are no legal proceedings that are taking place currently.

7  COMPLAINT: (Please specify the trademark(s) or service mark(s) on which the Complaint is based and, for each mark, describe the goods or services, if any, in connection with which the mark is used. If applicable, please attach copies of all registration certificates.)

Our company has been operating and developing the brand Mom's Touch since 2004, and now it has over 1,200 outlets in South Korea. It is a Korean chicken&burger brand, the most favorable burger brand of Koreans. We are beloved by all people around the globe, and we have expanded our business globally in Taiwan and Singapore as well. However, with the respondent infringing our "momstouch.com" domain, we are experiencing great trouble providing service and information to our global customers. Hence, we are filing for complaint, to gain our rights for our brand name, to commence our global business activities.

8  SUMMARIZE BRIEFLY THE FACTUAL AND LEGAL GROUNDS ON WHICH THE COMPLAINT IS MADE: (Word limit shall be 3,000 words maximum.)

The ICANN Uniform Domain Name Dispute Resolution Policy provides, at Paragraph 4(a), that in the administrative proceeding, the complainant must prove that EACH of the following three elements is present:

i) The disputed domain name(s) is/are identical or confusingly similar to a trademark or service mark in which the Complainant has rights:

Mom's Touch is our company's original and unique brand name, currently operating over 1,200 Mom's Touch Stores in Korea, Singapore and Taiwan. We are also on our process of launching the brand in US and Malaysia. The respondent has infringed our brand's marks and intellectual property rights by registering our brand as domain name and seeking to make profit by reselling it. Wrongful use of our domain can bring confusion to our consumers.

ii) The Respondent has no rights or legitimate interests in respect of the domain name(s):

**EXHIBIT B**

The respondent is not using the domain name to provide any information, or use it as a form of media, or for any business purposes. The site for momstouch.com tells that the domain is for sales by the respondent, when he has no rights to the brand name. Mom's Touch is registered as Haimarrow Food Service's Trade Mark in many countries, showing that it is considered as our intellectual rights.

iii) The disputed domain name(s) has/have been registered and is/are being used in bad faith:

The respondent has bought the domain, and listed on to domain selling websites for a ridiculously high price. We have contacted the seller, and they offered $24,500 for the price quote. This seems unacceptable, considering that the respondent has not earned any of the rights for the domain and the brand.

**9   REMEDIES SOUGHT:** *(\* delete as appropriate)*

The Complainant requests that ***the disputed domain name(s) be transferred to the Complainant***

**10   THE COMPLAINANT ELECTS TO HAVE THE COMPLAINT DECIDED BY ONE PANELIST**

**11   IF THE COMPLAINANT ELECTS TO HAVE THE COMPLAINT DECIDED BY THREE PANELISTS AND THERE ARE THREE PROPOSED PANELIST(S), PLEASE LIST THEM BELOW IN PREFERENCE TOGETHER WITH THEIR CONTACT DETAILS:**

1. _____
2. _____
3. _____

**12   THE COMPLAINANT SHALL SUBMIT, WITH RESPECT RO ANY CHALLENGES TO A DECISION IN THE ADMINISTRATIVE PROCEEDING CANCELING OR TRANSFERRING THE DOMAIN NAME(S), TO THE JURISDICTION OF THE COURTS IN AT LEAST ONE SPECIFIED MUTUAL JURISDICTION.** *(Please indicate by checking ONE of the boxes provided below.)*

☐   the location of the principal office of the concerned registrar.

☐   the location of the domain name holder's address, as shown for the registration of the domain name(s) in the concerned registrar's WHOIS database at the time of the submission of the Complaint to the Center.

■   the location of the principal office of the concerned registrar AND the domain name holder's address, as shown for the registration of the domain name(s) in the concerned registrar's WHOIS

5

**EXHIBIT B**

FORM C

database at the time of the submission of the Complaint to the Center.

**13 REGISTRATION AGREEMENT OF THE CONCERNED REGISTRAR INCORPORATING THE ICANN POLICY:**
(Please attach a copy of the agreement to this Complaint.)
* 4) WHOIS DOMAIN NAME REGISTRATION AGREEMENT

**14 OTHER RELEVANT DETAILS: (Optional)**

**15 ADDITIONAL INFORMATION**

(i)     Annex any additional documentation to support the Complaint, together with a schedule indexing such document(s).
1) Information of The Respondent
2) Trademark registration

a. Trademark registration of Korea
b. Trademark registration of Malaysia (Reg No.2017071706)
b-1. Trademark registration of Malaysia (Reg No.2017071710)
b-2. Trademark registration of Malaysia (Reg No.2017071711)
c. Trademark registration of Taiwan (Reg No.02034172)
c-1. Trademark registration of Taiwan (Reg No.02034172)(Printed)
d. Trademark registration of USA(Reg No.5,413,149)
e. Trademark registration of UAE (Reg No. 311059)
e-1. Trademark registration of UAE (Reg No.311061)
e-2. Trademark registration of UAE (Reg No.311063)
f. International trademark registration (Madrid) (Reg No.1242289)(Printed)
f-1. International trademark registration (Madrid) (Reg No.1386398)
f-2. International trademark registration (Madrid) (Reg No.1479621)

3) Price Quote for momstouch.com
    : https://checkout.afternic.com/BDAddToCartFromProdId.do?&prodId=3141346
    3-0)price quote for momstouch.com-afternic
    3-1)price quote formomstouch.com
    3-2)price quote formomstouch.com2
4) name.com.inc Domain Name Registration Agreement
(ii)    The Complaint may relate to more than one domain name, provided that the domain names are registered by the same domain name holder.

(iii)   This Complaint shall be submitted in electronic form in accordance with the Rules to the Seoul Office of ADNDRC:

                Asian Domain Name Dispute Resolution Centre (Seoul Office)
                Attention: Domain Name Case Administrator
                9, Jinheung-gil, Naju-si, Jeollanam-do, Republic of Korea, 58324
                Tel : (82-61) 820 1412
                Fax : (82-61) 820 2413
                Email : kidrc@adndrc.org

(iv)   Enclose appropriate fees in accordance with Article 15 of the Supplemental Rules.

(v)    The following documents should be consulted in connection with preparing this Complaint:

    •   ICANN Uniform Domain Name Dispute Resolution Policy ("the Policy");
    •   ICANN Rules for Uniform Domain Name Dispute Resolution Policy ("the Rules");

6

**EXHIBIT B**

- ADNDRC Supplemental Rules for Uniform Domain Name Dispute Resolution Policy ("the Supplemental Rules")

(vi)   Any communication by a party shall be copied to the other party and the ADNDRC's Seoul Office.

## 16  CERTIFICATE

The Complainant agrees that its claims and remedies concerning the registration of the domain name, the dispute, or the dispute's resolution shall be solely against the domain- name holder and waives all such claims and remedies against (a) ADNDRC, or any of its Offices, or any Panelist(s), except in the case of deliberate wrongdoing,, (b) the registrar, (c) the registry administrator, and (d) the Internet Corporation for Assigned Names and Numbers, as well as their directors, officers, employees, and agents.

The Complainant certifies that the information contained in this Complaint is to the best of the Complainant's knowledge, complete and accurate, that this Complaint is not being presented for any improper purpose, such as to harass, and that the assertions in this Complaint are warranted under the Rules and under applicable law, as it now exists or as it may be extended by a good-faith and reasonable argument.

Signature: _____   Date: 2020.08.12

Name and Capacity (in print): Haimarrow Food Service Co., Ltd.

Boung-yun Lee

**EXHIBIT B**