UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-03237

GNO, Inc.,
    Plaintiff,
v.

Haimarrow Food Service, Co., Ltd.,
    Defendant.

## NOTICE OF SETTLEMENT

Plaintiff GNO, Inc. files this Notice of Settlement that the parties have agreed to settle the above-captioned action, and Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

In view of this Notice of Settlement, Plaintiff requests that the March 1, 2021 date for filing a Status Report pursuant to the January 15, 2020 Minute Order [ECF 9] be vacated.

| | |
|---|---|
| February 25, 2021. | THOMAS P. HOWARD, LLC |
| |  *s/ James Juo* |
| | James Juo |
| | THOMAS P. HOWARD, LLC |
| | 842 W. South Boulder Rd., Suite 100 |
| | Louisville, CO 80027 |
| | Telephone: (303) 665-9845 |
| | Fax: (303) 665-9847 |
| | jjuo@thowardlaw.com |
| | *Attorneys for Plaintiff* |